THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eric Oneal
 Norris, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2009-UP-239
Submitted May 1, 2009  Filed May 28, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Eric Oneal
 Norris appeals from his guilty plea to possession of powder cocaine, second
 offense; unlawful carrying of a pistol; two counts of assault with intent to
 kill; and five counts of criminal domestic violence.  He argues his plea was
 not made knowingly or voluntarily.  After a thorough review of the record and counsel's brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.